Argued October 4, reversed and decree rendered October 19, 1915.

## BURNSIDE *v.* BURNSIDE.

(151 Pac. 1199.)

From Clatsop: JAMES A. EAKIN, Judge.

Department 1.   Statement by MR. CHIEF JUSTICE MOORE.

This is a suit for divorce by Ella Burnside against D. W. Burnside on the ground of desertion, and for the custody of a son two years old when this cause was tried.

The answer denies the material averments of the complaint, and alleges facts designed to show that the husband is entitled to the decree.

The averments of new matter in the answer are denied in the reply, and the cause having been tried, findings of fact and of law were made, based upon which the suit was dismissed, and the defendant appeals.

REVERSED.   DECREE RENDERED FOR DEFENDANT.

For appellant there was a brief and an oral argument by *Mr. George C. Fulton.*

For respondent there was a brief and an oral argument by *Mr. A. W. Norblad.*

Opinion by MR. CHIEF JUSTICE MOORE.

It can serve no good purpose to quote from or comment upon the testimony received, a careful perusal of which leads to the conclusion a decree of divorce should have been given to the defendant and that the custody of the minor child should have been awarded

to the plaintiff. It appears from a transcript of the evidence herein that on August 18, 1909, the defendant executed to the plaintiff a warranty deed of certain real property in Clatsop County, Oregon, which deed was duly recorded the following day in Book No. 66 on page 542, records of deeds of that county, and that at the same time the plaintiff executed to the defendant a quitclaim deed of all her interest in and to certain other real property in that county, which deed was duly recorded August 19, 1909, in Book No. 66, at page 541, of the records of deeds of that county, reference being made to the record of such deeds for a specific description of the respective tracts of land. The decree appealed from will therefore be reversed, and one entered here dissolving the bonds of matrimony heretofore and now existing between the plaintiff and the defendant, and the custody of the minor child, Paul F. Burnside, will be awarded to his mother, the plaintiff. The conveyances of the several parcels of real property to the respective parties are hereby confirmed as to the grantee named in each of such deeds, free from any right, title, claim, interest or estate therein or thereto on the part of either in the land of the other. Neither party will be allowed any costs in this court.

REVERSED. DECREE RENDERED FOR DEFENDANT.

MR. JUSTICE BENSON, MR. JUSTICE BURNETT and MR. JUSTICE MCBRIDE concur.